---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter ___**7**___

☐ Check if this is an amended filing

---

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **PCPC Direct, Ltd** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **2  0  –  2  5  1  1  3  2  2** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10690 Shadow Wood Drive** <br> Number     Street | **3204 Bammel Lane** <br> Number     Street |
| **Suite 132** | <br> P.O. Box |
| **Houston**            **TX**    **77043** <br> City            State    ZIP Code | **Houston**            **TX**    **77098** <br> City            State    ZIP Code |
| **Harris** <br> County | **Location of principal assets, if different from principal place of business** |
| | <br> Number     Street |
| | <br> City            State    ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.pcpcdirect.com** |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☑ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **PCPC Direct, Ltd**_____ Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **PCPC Direct, Ltd**                                          Case number (if known) _____

| | | |
|---|---|---|

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____   When _____   Case number _____
                                                          MM / DD / YYYY

District _____   When _____   Case number _____
                                        MM / DD / YYYY

District _____   When _____   Case number _____
                                        MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
                                        MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                        MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **PCPC Direct, Ltd** _____   Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **PCPC Direct, Ltd**_____      Case number (if known) _____

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of authorized representative of debtor**

- ■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■  I have been authorized to file this petition on behalf of the debtor.

- ■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/07/2021**_____
MM / DD / YYYY

X  **/s/ Joseph R. Vaught**_____
Signature of authorized representative of debtor

**Joseph R. Vaught**_____
Printed name

**Executive Vice President/COO**_____
Title

18.  **Signature of attorney**

X  **/s/ Stephen W. Sather**_____      Date  **09/07/2021**_____
Signature of attorney for debtor                                       MM / DD / YYYY

**Stephen W. Sather**_____
Printed name

**Barron & Newburger, P.C.**_____
Firm name

**7320 N. MoPac Expwy., Suite 400**_____
Number       Street

_____

**Austin**_____       **TX**_____       **78731**_____
City                                                    State             ZIP Code

**(512) 476-9103**_____       **ssather@bn-lawyers.com**_____
Contact phone                                         Email address

**17657520**_____       **TX**_____
Bar number                                             State

**Fill in this information to identify the case**

Debtor name    **PCPC Direct, Ltd**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any
pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the
additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset
only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the
terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                 Current value of
    debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | Bank of America - Checking account; Distribution Account | Checking account | 4 2 8 2 | $0.00 |
| 3.2. | Bank of America - Checking account - Funding Account | Checking account | 4 2 9 5 | $0.00 |
| 3.3. | Bank of America - Checking account - Master Transfer Account | Checking account | 5 0 4 5 | $74,878.50 |
| 3.4. | Bank of America - Checking account - Operating Account | Checking account | 5 7 3 7 | $4,493.15 |

4. **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.      **$79,371.65**

Debtor  **PCPC Direct, Ltd**                                    Case number (if known) _____
_____
Name

---

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

|  |  |
|---|---|
|  | Current value of debtor's interest |

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

| 11a. 90 days old or less: | $2,063.66 | – | $0.00 | = ............. → | $2,063.66 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | $143,446.73 | – | $0.00 | = ............. → | $143,446.73 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$145,510.39

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17. **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

Debtor __**PCPC Direct, Ltd**_____     Case number (if known) _____
     Name

## Part 5:   Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| **Bay Microsystems servers** | 01/01/2017 | $734,400.00 | | $0.00 |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

                                                        **$0.00**

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops--either planted or harvested** | | | |
| 29.  **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

                                                        **$0.00**

34.  **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

Debtor    **PCPC Direct, Ltd**         Case number (if known) _____
       Name

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Office Machines & Eqipment located at 10690 Shadow Wood Drive, Suite 132, Houston, TX 77043** | | | **$36,572.00** |
| **Office Furniture located at 10690 Shadow Wood Drive, Suite 132, Houston, TX 77043** | | | **$53,561.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer Equipment located at 10690 Shadow Wood Drive, Suite 132, Houston, TX 77043** | | | **$269,221.00** |
| **Computer Software located at 10690 Shadow Wood Drive, Suite 132, Houston, TX 77043** | | 199309.00 | **$199,309.00** |
| **Equipment located at 10690 Shadow Wood Drive, Suite 132, Houston, TX 77043** | | | **$33,634.00** |
| **Vision Logistics located at 10690 Shadow Wood Drive, Suite 132, Houston, TX 77043** | | | **$4,450.00** |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

      **$596,747.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   **PCPC Direct, Ltd**                                      Case number (if known) _____
         Name

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  **2006 Dodge Viper (Debtor owns a 50% Interest in the vehicle)  Engine and frame serial numbers do not match due to major accident/rebuild thereby decreasing value.** | | NADA | $44,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.            | **$44,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor    **PCPC Direct, Ltd**           Case number (if known) _____
               Name

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **OmegaWan Registered Trademark** | _____ | _____ | **$0.00** |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

               Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| **Texas Workforce Commission Q1 2021 overpayment due to rate change** | Tax year | **2021** | **$3,913.98** |
| **State of Hawaii tax period 1 2020 overpayment** | Tax year | _____ | **$202.62** |
| **State of California Sales Tax Overpayment** | Tax year | _____ | **$4,808.54** |
| **State of Florida Sales and Use tax credit** | Tax year | _____ | **$18.90** |

Debtor **PCPC Direct, Ltd**
_____ Case number (if known) _____
Name

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90. | **$8,944.04**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $79,371.65 | |
| **81. Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| **82. Accounts receivable.** _Copy line 12, Part 3._ | $145,510.39 | |
| **83. Investments.** _Copy line 17, Part 4._ | $0.00 | |
| **84. Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| **85. Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $596,747.00 | |
| **87. Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $44,000.00 | |
| **88. Real property.** _Copy line 56, Part 9._ | ➔ | $0.00 |
| **89. Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| **90. All other assets.** _Copy line 78, Part 11._ | + $8,944.04 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $874,573.08 | + 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................ | **$874,573.08**

**Fill in this information to identify the case:**

Debtor name __**PCPC Direct, Ltd**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐   No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑   Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.   List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.1**   Creditor's name
__**Arrow Enterprise Computing Solutions,**__

**Describe debtor's property that is subject to a lien**
**Inventory, Equipment, Instruments, Chattel**

Creditor's mailing address
__**9201 E. Dry Creek Road**__
_____
__**Centennial            CO   80112**__

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number            __0__ __1__ __1__ __3__

**Describe the lien**
**Business Debt / Agreement**

**Is the creditor an insider or related party?**
☑   No
☐   Yes

**Is anyone else liable on this claim?**
☑   No
☐   Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$315,000.00**
Column B: **$199,309.00**

**Do multiple creditors have an interest in the same property?**
☐   No
☑   Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐   Contingent
☐   Unliquidated
☐   Disputed

For Bay Microsystems servers: 1) Arrow Enterprise Computing Solutions, In; 2) Synnex Corporation; 3) US Small Business Administration.  For Computer Software located at 10690 Shadow Wood Drive, Suite : 1) Synnex Corporation; 2) US Small Business Administration; 3) Arrow Enterprise Computing Solutions, In.

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

__**$754,030.65**__

| Debtor | PCPC Direct, Ltd | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's name**
Ingram Micro, Inc.

**Creditor's mailing address**
1759 Wehrle Drive

Williamsville        NY    14221

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        3   6   0   0

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Equipment, Inventory, Accounts & Chattel

**Describe the lien**

Business Debt / Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00        Column B: $0.00

---

**2.3**

**Creditor's name**
Synnex Corporation

**Creditor's mailing address**
3797 Spinnaker Court

Fremont        CA   94538

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        3   1   4   4

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

Inventory, Equipment & General Intangibles

**Describe the lien**

Business Debt / Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $289,030.65        Column B: $468,530.00

**For Bay Microsystems servers: See 2.1. For Computer Equipment located at 10690 Shadow Wood Drive, Suite: 1) Synnex Corporation; 2) US Small Business Administration. For Computer Software located at 10690 Shadow Wood Drive, Suite : See 2.1.**

    ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **PCPC Direct, Ltd** _____   Case number (if known) _____

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**Part 1:**   **Additional Page**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.4**   **Creditor's name**
**US Small Business Administration**

**Describe debtor's property that is subject to a lien**                           **$150,000.00**          **$468,530.00**

**Creditor's mailing address**
**10737 Gateway West, #300**

**All Tangible & intangible personal property**

**Describe the lien**

_____
**Business Loan / Agreement**

_____

**El Paso**              **TX**     **79935**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**        **7   9   0   1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the
      relative priority?

      ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

      ☑ Yes.  The relative priority of creditors is
            specified on lines **2.1, 2.3**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>PCPC Direct, Ltd</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

_____
_____
_____
_____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor __PCPC Direct, Ltd_____     Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
       claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.00 |
|---|---|---|---|

**A Rifkin Co**

**1400 Sans Souci Parkway**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wilkes-Barre**     **PA**    **18703**

**Basis for the claim:**
**Goods and Services**

Date or dates debt was incurred _____

Last 4 digits of account number  __2__ __4__ __8__ __4__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,150.00 |
|---|---|---|---|

**A&A Fabrication & Polishing**

**12031 Philadelphia Street**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Whittier**     **CA**    **90601**

**Basis for the claim:**
**Goods and Services**

Date or dates debt was incurred _____

Last 4 digits of account number  __C__ __l__ __n__ __c__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.26 |
|---|---|---|---|

**Ace It, Inc**

**1880 W. Oak Parkway, Suite 108**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Marietta**     **GA**    **30062**

**Basis for the claim:**
**Goods and Services**

Date or dates debt was incurred _____

Last 4 digits of account number  __t__ __L__ __t__ __d__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,593.00 |
|---|---|---|---|

**Acucal Incorporated**

**11090 Industrial Rd**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Manassas**     **VA**    **20109**

**Basis for the claim:**
**Goods and Services**

Date or dates debt was incurred _____

Last 4 digits of account number  __6__ __4__ __6__ __7__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor  **PCPC Direct, Ltd** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**  **Nonpriority creditor's name and mailing address**

**Advanced Power & Controls, LLC**

**898 N. 2225 West Circle**

_____

**Cedar City**          **UT**     **84721**

Date or dates debt was incurred _____

Last 4 digits of account number     **t   L   T   D**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,400.00**

---

**3.6**  **Nonpriority creditor's name and mailing address**

**Algosec**

**65 Challenger Rd, Ste 310**

_____

**Ridgefield Park**       **NJ**    **07660**

Date or dates debt was incurred _____

Last 4 digits of account number     **0   3   0   7**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$39,388.50**

---

**3.7**  **Nonpriority creditor's name and mailing address**

**Aligned Vision**

**27 Industrial Ave**

_____

**Chelmsford**          **MA**    **01824**

Date or dates debt was incurred _____

Last 4 digits of account number     **r   e   c   t**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$372,700.00**

---

**3.8**  **Nonpriority creditor's name and mailing address**

**Ariba, Inc.**

**807 11th Avenue**

_____

**Sunnyvale**           **CA**    **94089**

Date or dates debt was incurred _____

Last 4 digits of account number     **8   3   0   8**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$149.24**

---

Debtor   **PCPC Direct, Ltd** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

AT&T

PO Box 5001

Carol Stream          IL     60197-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**$811.31**

Date or dates debt was incurred   _____

Last 4 digits of account number    5   4   8   4

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

AT&T

PO Box 105414

Atlanta          GA     30348-5414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**$338.65**

Date or dates debt was incurred   _____

Last 4 digits of account number    6   0   4   0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

AT&T

PO Box 5019

Carol Stream          IL     60197-5019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**$106,916.97**

Date or dates debt was incurred   _____

Last 4 digits of account number    6   0   0   1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

AT&T

PO Box 5017

Carol Stream          IL     60197-5017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**$150.89**

Date or dates debt was incurred   _____

Last 4 digits of account number    6   8   9   4

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **PCPC Direct, Ltd**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                               **$6,473.07**

**AVT Technology Solutions**

**8700 S. Price Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and Services**

**Tempe**                         AZ        85284

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**      0   3   7   2

☑ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                               **$116.65**

**Boeing Distribution**

**3760 W. 108th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and Services**

**Miami**                         FL        33018

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**      0   8   9   6

☑ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                               **$2,707.40**

**Budget Truck Rental**

**4500 S. 129th East Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Tulsa**                         OK        74169-0360

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**      2   2   2   3

☑ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                               **$35,523.89**

**Capital One**

**1680 Capital One Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

**McLean**                         VA        22102-3491

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**      4   6   0   1

☑ No
☐ Yes

Debtor   **PCPC Direct, Ltd** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  *Check all that apply.* | **$90,076.04** |

**Chase Card Services** _____

**PO Box 15298** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Wilmington**          **DE**     **19850-5298**

**Basis for the claim:**
**Credit Card** _____

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **8   9   2   6**

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  *Check all that apply.* | **$1,379.62** |

**Cogent Communications Inc** _____

**2450 N. Street, NW** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Washington**          **DC**     **20037**

**Basis for the claim:**
**Goods and Services** _____

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **0   0   0   1**

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  *Check all that apply.* | **$40,785.84** |

**Connectwise, Inc.** _____

**4110 George Road, Ste 200** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Tampa**          **FL**     **33634**

**Basis for the claim:**
**Goods and Services** _____

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **4   2   9   1**

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  *Check all that apply.* | **$752,808.91** |

**Cray, Inc.** _____

**901 5th Ave, Ste 1000** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Seattle**          **WA**     **98164**

**Basis for the claim:**
**Goods and Services** _____

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **1   7   4   8**

Debtor   **PCPC Direct, Ltd** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.21 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$11,033.33**

**Cyrusone**

**2850 N. Harwood St, Ste 2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas                     TX     75201**

**Goods and Services**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     **0   4   1   5**

☑ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$11,694.66**

**De Lage Landen Financial Services, Inc**

**1111 Old Eagle School Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wayne                     PA     19087-1453**

**Services**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     **9   9   9   9**

☑ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$11,779.30**

**Diamond USA, Inc**

**85 Rangeway Rd, Bldg #3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**North Billerica          MA     01862**

**Goods and Services**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     **t   L   t   d**

☑ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$23,400.00**

**DLT Solutions, LLC**

**2411 Dulles Corner Park, Ste 800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Herndon                  VA     20171**

**Goods and Services**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     **C   O   0   3**

☑ No
☐ Yes

Debtor   **PCPC Direct, Ltd** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
_Check all that apply._

**$15,092.89**

**Electro Enterprises** _____

**3601 N. I-35 Service Rd** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**Oklahoma City**          **OK**      **73111** ____

**Goods and Services** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number     **8    8    5    8**

☑ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
_Check all that apply._

**$10,890.00**

**Essex, Ind** _____

**7700 Gravios Road** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**St. Louis**          **MO**      **63123-4728**

**Goods and Services** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number     **8    7    0    7**

☑ No
☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
_Check all that apply._

**$14,017.75**

**Fairbanks Scales, Inc** _____

**6800 W. 64th Street** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**Overland Park**          **KS**      **64106** ____

**Goods and Services** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number     **4    9    9    1**

☑ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
_Check all that apply._

**$394,621.50**

**Fuji America Corporation** _____

**171 Corporate Woods Pkwy** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**Vernon Hills**          **IL**      **60061** ____

**Goods and Services** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number     **1    7    1    6**

☑ No
☐ Yes

Debtor  **PCPC Direct, Ltd** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$29,000.00** |
|---|---|---|---|

**General Dynamics Mission Systems**

**12450 Fair Lakes Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fairfax**           **VA**    **22033**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **t    L    T    D**

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$38,099.00** |
|---|---|---|---|

**GNB Industrial Power**

**3700 Mansell Rd, Ste 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alpharetta**          **GA**    **30022**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2    9    7    7**

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,470.00** |
|---|---|---|---|

**Hello Direct, Inc**

**400 Imperial Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cape Canaveral**      **FL**    **32920**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **9    7    5    3**

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,299.00** |
|---|---|---|---|

**High-Tech Conversions, Inc**

**1699 King Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Enfield**            **CT**    **06082**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **t    L    T    D**

Debtor  **PCPC Direct, Ltd** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33** | Nonpriority creditor's name and mailing address

$64,990.00

**Holzworth Instrumentation, Inc**

**2540 Frontier Ave, Ste 200**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Boulder**                **CO**      **80301**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **P   C   P   C**

---

**3.34** | Nonpriority creditor's name and mailing address

$18,234.30

**Insight Global**

**1224 Hammond Drive, Ste 1500**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta**                **GA**      **30346**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **r   e   c   t**

---

**3.35** | Nonpriority creditor's name and mailing address

$27,496.00

**Intercax, LLC**

**47 Perimeter Center East, Ste 410**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta**                **GA**      **30346**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **r   e   c   t**

---

**3.36** | Nonpriority creditor's name and mailing address

$28,397.00

**Interwork Technologies**

**2721 Transit Rd, Ste 109**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Elma**                **NY**      **14059**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6   6   6   5**

---

Debtor   **PCPC Direct, Ltd** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address

James Bryan Joiner

16118 Saint Helier St

Houston                    TX        77040

Date or dates debt was incurred

Last 4 digits of account number      I    0    0    1

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,084.92

**3.38** Nonpriority creditor's name and mailing address

Joe & Cornelia Vaught

3204 Bammel Lane

Houston                    TX        77098

Date or dates debt was incurred     7/30/2019

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

$500,000.00

**3.39** Nonpriority creditor's name and mailing address

JP Donovan Precision Machining, LLC

201 Paint Street

Rockledge                  FL        32955

Date or dates debt was incurred

Last 4 digits of account number      r    e    c    t

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$18,795.00

**3.40** Nonpriority creditor's name and mailing address

KNOWBE4, Inc

33 N. Garden Ave, Ste 1200

Clearwater                 FL        33755

Date or dates debt was incurred

Last 4 digits of account number      9    6    7    6

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$934.67

Debtor  **PCPC Direct, Ltd** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41**  Nonpriority creditor's name and mailing address

**KVM Switches Online, LLC**

**2655 Crescent Dr, Ste B**

_____

**Lafayette**                **CO**      **80026**

Date or dates debt was incurred  _____

Last 4 digits of account number   **r   e   c   t**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,600.00**

---

**3.42**  Nonpriority creditor's name and mailing address

**LD Systems**

**407 Garden Oaks Blvd**

_____

**Houston**                 **TX**      **77018**

Date or dates debt was incurred  _____

Last 4 digits of account number   **C   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$272.00**

---

**3.43**  Nonpriority creditor's name and mailing address

**LeGrand US**

**60 Woodlawn St**

_____

**West Hartford**          **CT**      **06110**

Date or dates debt was incurred  _____

Last 4 digits of account number   **9   5   9   5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$26,603.45**

---

**3.44**  Nonpriority creditor's name and mailing address

**Marki Microwave**

**215 Vineyard Court**

_____

**Morgan Hill**            **CA**      **95037**

Date or dates debt was incurred  _____

Last 4 digits of account number   **P   1   0   0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,939.00**

---

Debtor    **PCPC Direct, Ltd**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,800.00** |

**Martin Container, Inc**

**1402 E. Lomita Blvd**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Wimington          CA      90744**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2   2   4   4**

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$42,489.00** |

**McGinty Machine**

**222 N. Hydraulic St**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Wichita          KS      67214**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5   9   9   1**

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$120.00** |

**Minnkota Secured Document Destruction**

**809 4th Avenue North**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fargo          ND      58102**

Basis for the claim:
**Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **3   0   4   2**

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$27,600.00** |

**NuWaves Engineering**

**132 Edison Drive**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Midddletown          OH      45044-3269**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **r   e   c   t**

Debtor    **PCPC Direct, Ltd**                                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$17,150.00**

**NW Medicine Chicago Proton Center**

☐ Contingent

**4455 Weaver Parkway**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

**Warrenville**                    **IL**        **60555**

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No

Last 4 digits of account number    **0   0   0   3**

☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,515.00**

**PAC Machinery**

☐ Contingent

**25 Tiburon St**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

**San Rafael**                     **CA**        **94901**

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No

Last 4 digits of account number    **1   2   0   1**

☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$123,535.70**

**PB&J Partners, LLC dba PCPC Direct**

☐ Contingent

**8361 E. Gelding Drive**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

**Scottsdale**                     **AZ**        **85260**

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No

Last 4 digits of account number    **J   0   0   2**

☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$72.97**

**Prime Pest Management**

☐ Contingent

**3330 Keller Springs Rd, Ste 230**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

**Carrollton**                     **TX**        **75006**

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No

Last 4 digits of account number    **7   3   3   5**

☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 14

Debtor   **PCPC Direct, Ltd** _____   Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.53 | **Nonpriority creditor's name and mailing address** |
|---|---|

PS Lightwave, Inc

5959 Corporate Dr, Ste 3300

Houston                          TX      77036

Date or dates debt was incurred   _____

Last 4 digits of account number      0   3   5   7

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,977.48**

---

| 3.54 | **Nonpriority creditor's name and mailing address** |
|---|---|

Pure Oasis

19425 Soledad Canyon Rd, Ste 205

Canyon Country                   CA      91351

Date or dates debt was incurred   _____

Last 4 digits of account number      r   e   c   t

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$337.50**

---

| 3.55 | **Nonpriority creditor's name and mailing address** |
|---|---|

Quantum Corporation

224 Airport Parkway, Ste 550

San Jose                         CA      95110

Date or dates debt was incurred   _____

Last 4 digits of account number      2   7   6   7

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$34,334.64**

---

| 3.56 | **Nonpriority creditor's name and mailing address** |
|---|---|

ScanSource

6 Logue Court

Greenville                       SC      29615

Date or dates debt was incurred   _____

Last 4 digits of account number      9   3   8   5

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,844.48**

Debtor  **PCPC Direct, Ltd** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | **Nonpriority creditor's name and mailing address** |

**Schneider Electric Limited** _____

**Stafford Park 5** _____

**Telford, Shropshire** _____

**UK TF3 3BL** _____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    **1  6  3  1**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services** _____

Is the claim subject to offset?
☒ No
☐ Yes

$15,914.00

---

| 3.58 | **Nonpriority creditor's name and mailing address** |

**Server Supply, Inc** _____

**750 Shames Drive** _____

_____

_____

**Westbury                 NY    11590**

Date or dates debt was incurred    _____

Last 4 digits of account number    **r  e  c  t**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services** _____

Is the claim subject to offset?
☒ No
☐ Yes

$233.34

---

| 3.59 | **Nonpriority creditor's name and mailing address** |

**ServerLift Corp** _____

**17453 N. 25th Ave** _____

_____

**Phoenix                 AZ    85023**

Date or dates debt was incurred    _____

Last 4 digits of account number    **r  e  c  t**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services** _____

Is the claim subject to offset?
☒ No
☐ Yes

$11,283.46

---

| 3.60 | **Nonpriority creditor's name and mailing address** |

**Service Express** _____

**3854 Broadmore Ave SE** _____

_____

**Grand Rapids             MI    49512**

Date or dates debt was incurred    _____

Last 4 digits of account number    **r  e  c  t**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services** _____

Is the claim subject to offset?
☒ No
☐ Yes

$72,704.03

Debtor  **PCPC Direct, Ltd** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.61 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Sigma Aldrich** _____

**PO Box 14508** _____

_____

**St Louis** _____ **MO** ___ **68178** ___

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **2   5   7   0**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and Services** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,129.93**

---

| 3.62 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Snap-On Inc.** _____

**2801 80th Street** _____

_____

**Kenosha** _____ **WI** ___ **53143** ___

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **6   8   9   1**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and Services** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$499.00**

---

| 3.63 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Super Micro Computer, Inc** _____

**c/o Thomas A. Burg** _____

**830 Menlo Avenue, Ste 201** _____

_____

**Menlo Park** _____ **CA** ___ **94025** ___

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **4   8   N   C**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Lawsuit** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,313,463.04**

---

| 3.64 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Testek Solutions** _____

**28320 Lakeview Dr** _____

_____

**Wixom** _____ **MI** ___ **48393** ___

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **1   4   0   1**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and Services** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,500.00**

---

Debtor   **PCPC Direct, Ltd** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.65 | **Nonpriority creditor's name and mailing address** |

**Testequity, LLC**

**6100 Condor Drive**

_____

**Moorpark**             **CA**      **93021**

Date or dates debt was incurred _____

Last 4 digits of account number    **4   6   6   7**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$194,667.00**

---

| 3.66 | **Nonpriority creditor's name and mailing address** |

**Traveler's Insurance**

**131 Interpark Blvd**

_____

**San Antonio**          **TX**      **78216**

Date or dates debt was incurred _____

Last 4 digits of account number    **2   1   2   3**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,788.97**

---

| 3.67 | **Nonpriority creditor's name and mailing address** |

**Tron Air**

**1 Air Cargo Pkwy E**

_____

**Swanton**              **OH**      **43558**

Date or dates debt was incurred _____

Last 4 digits of account number    **0   0   2   0**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$77,500.00**

---

| 3.68 | **Nonpriority creditor's name and mailing address** |

**TRS-Rentelco**

**1830 W. Airfield Dr**

**PO Box 619260**

_____

**DFW Airport**          **TX**      **75261-9260**

Date or dates debt was incurred _____

Last 4 digits of account number    **3   5   5   7**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$504.00**

---

Debtor     **PCPC Direct, Ltd** _____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.69** | **Nonpriority creditor's name and mailing address** |
|---|---|

**TX Comptroller of Public Accounts** _____

**PO Box 13528** _____

_____

**Austin**          **TX**     **78711-3528**

Date or dates debt was incurred     _____

Last 4 digits of account number     **3   2   2   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Taxes** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$31,722.00**

---

| **3.70** | **Nonpriority creditor's name and mailing address** |
|---|---|

**TXU Energy** _____

**6555 Sierra Drive** _____

_____

**Irving**          **TX**     **75039**

Date or dates debt was incurred     _____

Last 4 digits of account number     **5   3   9   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utilities** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$235.29**

---

| **3.71** | **Nonpriority creditor's name and mailing address** |
|---|---|

**United Rentals** _____

**100 First Stamford Place, Ste 700** _____

_____

**Stamford**          **CT**     **06902**

Date or dates debt was incurred     _____

Last 4 digits of account number     **1   8   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$56.91**

---

| **3.72** | **Nonpriority creditor's name and mailing address** |
|---|---|

**UPS** _____

**55 Glenlake Pkwy** _____

_____

**Atlanta**          **GA**     **30328**

Date or dates debt was incurred     _____

Last 4 digits of account number     **9   Y   V   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$125.29**

Debtor **PCPC Direct, Ltd** _____     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.73** Nonpriority creditor's name and mailing address

**Vadatech Inc**

**198 N. Gibson Road**

Henderson                              NV        89014

Date or dates debt was incurred _____

Last 4 digits of account number    r    e    c    t

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,995.00**

**3.74** Nonpriority creditor's name and mailing address

**Vehicle Tracking Solutions**

**152 Veterans Memorial Hwy**

Commack                              NY        11725

Date or dates debt was incurred _____

Last 4 digits of account number    8    4    7    9

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,924.76**

**3.75** Nonpriority creditor's name and mailing address

**X-ISS**

**9800 Northwest Freeway, Ste 205**

Houston                              TX        77092

Date or dates debt was incurred _____

Last 4 digits of account number    C    P    C    1

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,522.50**

**3.76** Nonpriority creditor's name and mailing address

**Yusen Logistics (Americas), Inc**

**300 Lighting Way, 6th FL**

Secaucus                              NJ        07094

Date or dates debt was incurred _____

Last 4 digits of account number    R    I    A    H

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

Debtor    **PCPC Direct, Ltd**                                              Case number (if known)

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + $4,782,898.30 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $4,782,898.30 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **PCPC Direct, Ltd** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | Chapter ___**7**___ |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | | |
|---|---|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Houston Office: **10690 Shadow Wood Dr, Suite 132 Houston, TX 77043** | **Champion Property Management** | | |
| | | | **9215 Solon Road** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Houston** | **TX** | **77064** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **DGX Lease--property returned to lessor** | **DLL** | | |
| | | | **1212 Corporate Drive, Suite 340** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Irving** | **TX** | **75038** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>PCPC Direct, Ltd</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1   **Cornelia Vaught** | **3204 Brammel Lane**<br>Number        Street<br><br>**Houston**          **TX**   **77098**<br>City                     State   ZIP Code | **Chase Card Services** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **PCPC Direct, Ltd**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets | |
|---|---|---|

1. ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from Schedule A/B..........................................................................................................

| $0.00 |
|---|

   1b. **Total personal property:**
      Copy line 91A from Schedule A/B.......................................................................................................

| $874,573.08 |
|---|

   1c. **Total of all property**
      Copy line 92 from Schedule A/B.........................................................................................................

| $874,573.08 |
|---|

| Part 2: | Summary of Liabilities | |
|---|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................................

| $754,030.65 |
|---|

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F...................................................

| $0.00 |
|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................

| + | $4,782,898.30 |
|---|---|

4. **Total liabilities**
   Lines 2 + 3a + 3b.........................................................................................................................

| $5,536,928.95 |
|---|

---

**Fill in this information to identify the case and this filing:**

Debtor Name  **PCPC Direct, Ltd**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/07/2021**
    MM / DD / YYYY

X **/s/ Joseph R. Vaught**
Signature of individual signing on behalf of debtor

**Joseph R. Vaught**
Printed name

**Executive Vice President/COO**
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name __**PCPC Direct, Ltd**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1.  **Gross revenue from business**

    ☐ None

    **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

    | | | | | **Sources of revenue**<br>Check all that apply. | **Gross revenue**<br>(before deductions<br>and exclusions |
    |---|---|---|---|---|---|
    | **From the beginning of the fiscal year to filing date:** | From __**01/01/2021**__<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$4,215,150.00** |
    | **For prior year:** | From __**01/01/2020**__<br>MM / DD / YYYY | to | __**12/31/2020**__<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$40,807,226.00** |
    | **For the year before that:** | From __**01/01/2019**__<br>MM / DD / YYYY | to | __**12/31/2019**__<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$60,081,446.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None

    | | **Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**<br>*Check all that apply* |
    |---|---|---|---|---|
    | 3.1. | __**See attached**__<br>Creditor's name<br><br>Street<br><br><br>City                 State    ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor  **PCPC Direct, Ltd**                                    Case number (if known) _____
_____
Name

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Joseph R. Vaught** | **10/13/20** | **$10,000.00** | **Payment on Loan** |
| Insider's name | | | |
| **3204 Brammel Lane** | | | |
| Street | | | |
| **Houston**        **TX**    **77098** | | | |
| City            State   ZIP Code | | | |

Relationship to debtor
**EVP/COO**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Joseph R. Vaught** | **1/14/21** | **$15,000.00** | **Loan payment** |
| Insider's name | | | |
| Street | | | |
| City            State   ZIP Code | | | |

Relationship to debtor

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

Debtor **PCPC Direct, Ltd**                Case number (if known) _____
_____
Name

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Super Micro Computer, Inc., a Delaware coporation v. PCPC Direct, Ltd, a Texas Limited Partnership** | **Collections** | **United States District Court**<br>Name<br>**Northern District of California**<br>Street<br>**San Jose Division** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**5:20-cv-6648-NC** | | <br>City       State  ZIP Code | |
| 7.2. | **Fuji America Corporation v. PCPC Direct, Ltd** | **Collections** | **Circuit Court of Cook County, Illinois**<br>Name<br>**50 W Washington St.**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2021L007683** | | **Chicago**    **IL**   **60602**<br>City      State  ZIP Code | |

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| **Part 5:** | **Certain Losses** |
|---|---|

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | Date of loss | Value of property lost |
|---|---|---|---|
| **Stolen Checks from Mailbox** | **$2,137.76** | **9/18/2020** | **$105,987.74** |

Debtor    **PCPC Direct, Ltd**                          Case number (if known) _____
         Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barron & Newburger, PC** | **Attorney Fees and Filing Fees** | **6/10/2021** | **$8,838.00** |
| | | | **8/31/2021** | |
| | **Address** | | | |
| | **7320  N. Mopac Expy.** | | | |
| | Street | | | |
| | **Ste. 400** | | | |
| | **Austin**         **TX**    **78731** | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| **Part 7:** | **Previous Locations** |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor    __**PCPC Direct, Ltd**_____    Case number (if known) _____
                Name

---

**Part 8:**    **Health Care Bankruptcies**

---

**15.   Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

**Part 9:**    **Personally Identifiable Information**

---

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained

Does the debtor have a privacy policy about that information?
☐ No.
☑ Yes.

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
        ☑ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18.   Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.   Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

Debtor    **PCPC Direct, Ltd**                                          Case number (if known) _____
_____
          Name

**20.  Off-premises storage**
     List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a
     building in which the debtor does business.

     ☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21.  Property held for another**
     List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held
     in trust.  Do not list leased or rented property.

     ☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of
  the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor
  formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a
  similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
     Include settlements and orders.

     ☑ No
     ☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in
     violation of an environmental law?**

     ☑ No
     ☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

     ☑ No
     ☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this
     case.  Include this information even if already listed in the Schedules.

     ☑ None

Debtor   **PCPC Direct, Ltd**                                        Case number (if known)   _____
　　　　　Name

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

　　　☐ None

| **Name and address** | | | **Dates of service** | | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Damone A. Jackson** | | From | **2019** | To | **2020** |
| | Name | | | | | |
| | **26723 Brushy Meadow** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **Katy** | **TX** | **77494** | | | |
| | City | State | ZIP Code | | | |

| **Name and address** | | | **Dates of service** | | | |
|---|---|---|---|---|---|---|
| 26a.2. | **Dennis J. Sklar, Jr.** | | From | **2020** | To | **Present** |
| | Name | | | | | |
| | **8312 Pinecrest Drive #563** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **Spring** | **TX** | **77389** | | | |
| | City | State | ZIP Code | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

　　　☐ None

| **Name and address** | | | **Dates of service** | | | |
|---|---|---|---|---|---|---|
| 26b.1. | **Bill Pilkington** | | From | **2019** | To | **Present** |
| | Name | | | | | |
| | **Bently & Associates** | | | | | |
| | Street | | | | | |
| | **515 W. Greens Road** | | | | | |
| | **Houston** | **TX** | **77067** | | | |
| | City | State | ZIP Code | | | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

　　　☐ None

| **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|
| 26c.1. | **Bently & Associates** | | |
| | Name | | |
| | **515 W. Greens Rd** | | |
| | Street | | |
| | | | |
| | **Houston** | **TX** | **77067** |
| | City | State | ZIP Code |

| **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|
| 26c.2. | **Hitachi Capital America Corp** | | |
| | Name | | |
| | **300 W. Wilson Bridge Rd, Suite 160** | | |
| | Street | | |
| | | | |
| | **Worthington** | **OH** | **43085** |
| | City | State | ZIP Code |

Debtor    **PCPC Direct, Ltd**                                               Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

      ☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Sam Mouton** | **Unknown** | |

Name and address of the person who has possession of inventory records

27.1.  **Sam Mouton - Deceased**
       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       Name

       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       Street

       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       City                          State      ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cornelia Vaught** | **3204 Bammel Lane Houston, TX 77098** | **CEO** | **60%** |
| **Joseph R. Vaught** | **3204 Bammel Lane Houston, TX 77098** | **EVP/COO** | **40%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor   **PCPC Direct, Ltd**                                                    Case number (if known) _____
_____
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Joseph R. Vaught** | **Repayment of Loan** | **10/13/20** | **Loan repayment** |
| | Name | $25,000.00 | $10,000 | |
| | **3204 Bammel Lane** | | 1/14/21 | |
| | Street | | $15,000 | |
| | **Houston** | | | |
| | City         State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **EVP/COO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/07/2021**
_____
MM / DD / YYYY

X **/s/ Joseph R. Vaught**                                    Printed name  **Joseph R. Vaught**
_____                                    _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Executive Vice President/COO**
_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

9/2/2021 4:50:42 PM    **PCPC DIRECT, LTD.**    Page 1

**A/P Payment Inquiry (APPYMINQ)**

| | |
|---|---|
| From Bank Code | [BOADSBPY] To [BOADSBPY] |
| From Vendor Number | [ ] To [ZZZZZZZZZZZ] |
| Status | [All] |
| Transaction Type | [All] |
| Payment Type | [All] |
| From Payment Date | [6/1/2021] To [9/30/2021] |
| From Year/Period | [6/1/2021] To [9/30/2021] |

| Bank | Check No. | Status | Type | Payment Date | Posting Date | Year-Pd. | Batch-Entry | Vendor No. | Remit To | Address | City | State | Zip Code | Payment Amt. | Reason Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOADSBPY | | CL | PY | 6/1/2021 | 6/1/2021 | 2021-06 | 7792-1 | MAS007 | MASS MUTUAL | 1295 STATE STREET | SPRINGFIELD, MA 01111 | MA | 01111 | 1,011.09 | 401K PAYMENT |
| BOADSBPY | | CL | PY | 6/1/2021 | 6/1/2021 | 2021-06 | 7793-1 | TEX005 | TEXAS CHILD SUPPORT SDU | P. O. BOX 659791 | SAN ANTONIO | TX | 78265-9791 | 491.54 | CS FOR PHUC AND TAI |
| BOADSBPY | | CL | PY | 6/1/2021 | 6/1/2021 | 2021-06 | 7794-1 | UNI004 | UHS PREMIUM BILLING | P.O. BOX 94017 | PALATINE | IL | 60094-4017 | 15,642.53 | HEALTH INSURANCE |
| BOADSBPY | | CL | PY | 6/2/2021 | 6/2/2021 | 2021-06 | 7796-1 | AUT009 | AUTHORIZE NET | | | | | 30.00 | BANK FEE |
| BOADSBPY | | CL | PY | 6/2/2021 | 6/2/2021 | 2021-06 | 7795-1 | FIS009 | FISERV MERCHANT | P.O.BOX 2394 | OMAHA | NE | 68103-2394 | 187.31 | BANK FEE |
| BOADSBPY | | CL | PY | 6/3/2021 | 6/3/2021 | 2021-06 | 7800-1 | AME001 | AMERICAN EXPRESS | P.O. BOX 650448 | DALLAS | TX | 75265 | 4,200.00 | VENDOR |
| BOADSBPY | | CL | PY | 6/4/2021 | 6/4/2021 | 2021-06 | 7797-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 1,250.38 | UTIILITIES |
| BOADSBPY | | CL | PY | 6/7/2021 | 6/7/2021 | 2021-06 | 7798-1 | AME001 | AMERICAN EXPRESS | P.O. BOX 650448 | DALLAS | TX | 75265 | 4,072.23 | VENDOR |
| BOADSBPY | | CL | PY | 6/7/2021 | 6/7/2021 | 2021-06 | 7799-1 | BAR020 | BARRON & NEWBURGER, PC | 7320 N. MOPAC EXPY., SUITE 400 | AUSTIN | TX | 78731 | 3,838.00 | LEGAL |
| BOADSBPY | | CL | PY | 6/10/2021 | 6/10/2021 | 2021-06 | 7805-1 | EAT001 | EATON CORPORATION | PO BOX 93531 | CHICAGO | IL | 93531 | 43,725.70 | VENDOR |
| BOADSBPY | 00000000011703841 | CL | PY | 6/11/2021 | 6/11/2021 | 2021-06 | 7801-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 2,532.68 | IRS TAX |
| BOADSBPY | | CL | PY | 6/14/2021 | 6/14/2021 | 2021-06 | 7807-1 | COM037 | COMCAST - ACCT# 8777 70 317 5468407 | PO BOX 660618 | DALLAS | TX | 75266-0618 | 472.82 | UTIILITIES |
| BOADSBPY | | CL | PY | 6/14/2021 | 6/14/2021 | 2021-06 | 7806-1 | TEX005 | TEXAS CHILD SUPPORT SDU | P. O. BOX 659791 | SAN ANTONIO | TX | 78265-9791 | 138.46 | CS FOR TAI |
| BOADSBPY | 00000000000037652 | CL | PY | 6/15/2021 | 6/15/2021 | 2021-06 | 7802-5 | BW | BRADFORD J. WRIGHT - COMM EXPE (1099) | 4810 BLUE CASPIAN CT. | KATY | TX | 77494 | 27.51 | COMMISSION |
| BOADSBPY | 00000000000037648 | CL | PY | 6/15/2021 | 6/15/2021 | 2021-06 | 7802-5 | CPL | CENTRAL PACIFIC LOGISTICS, LLC - 1099 | PO BOX 25007 | HONOLULU | TX | 76825-0007 | 1,116.19 | COMMISSION |
| BOADSBPY | 00000000000037653 | CL | PY | 6/15/2021 | 6/15/2021 | 2021-06 | 7802-6 | HNR | HOLLY ROCKETT - COMM EXPENSES (1099) | 2319 STATLER DRIVE | CARROLLTON | TX | 75007 | 238.10 | COMMISSION |
| BOADSBPY | 00000000000037649 | CL | PY | 6/15/2021 | 6/15/2021 | 2021-06 | 7802-2 | JAC003 | EDWARD A. JACOBSEN - 1099 | 3101 SAGE RD. APT 22 | HOUSTON | TX | 77056 | 228.22 | COMMISSION |
| BOADSBPY | 00000000000037650 | CL | PY | 6/15/2021 | 6/15/2021 | 2021-06 | 7802-3 | PBJ001 | PB & J - 1099 | 8361 E. GELDING DRIVE | SCOTTSDALE | AZ | 85260 | 5,282.73 | COMMISSION |
| BOADSBPY | 00000000000037654 | CL | PY | 6/15/2021 | 6/15/2021 | 2021-06 | 7802-7 | PP | PHUC VAN PHAM - COMM EXPENSES (1099) | 583 TRIANON ST. | HOUSTON | TX | 77024 | 12.52 | COMMISSION |
| BOADSBPY | 00000000000037651 | CL | PY | 6/15/2021 | 6/15/2021 | 2021-06 | 7802-4 | ROD002 | MDR CONSULTING, INC | 211 SAVANNAH DR | GETTYSBURG | TX | 17325 | 15,728.56 | COMMISSION |
| BOADSBPY | 00000000000037655 | CL | PY | 6/15/2021 | 6/15/2021 | 2021-06 | 7802-8 | TP | TIEN PHAM - COMM EXPENSES (1099) | 10333 CLAY ROAD APT 1023 | HOUSTON | TX | 77041 | 253.49 | COMMISSION |
| BOADSBPY | | CL | PY | 6/17/2021 | 6/17/2021 | 2021-06 | 7834-1 | AME006 | AMERICAN EXPRESS | P.O. BOX 650448 | DALLAS | TX | 75265 | 800.00 | VENDOR |
| BOADSBPY | | CL | PY | 6/17/2021 | 6/17/2021 | 2021-06 | 7815-1 | CAP006 | CAPITAL ONE | PO BOX 60599 | CITY OF INDUSTRY | CA | 91716-0599 | 1,000.00 | VENDOR |
| BOADSBPY | 00000000000037661 | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7808-1 | ADA001 | ADAMS SYSTEMS CONSULTANCY | RUBENSSTRAAT 48C | ROOTEDAM, NETHERLAND | | 3061ZZ | 15,000.00 | VENDOR |
| BOADSBPY | 00000000000037662 | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7808-2 | AMA001 | AMAZON CAPITAL SERVICES | PO BOX 035184 | SEATTLE | WA | 98124-5184 | 75.47 | VENDOR |
| BOADSBPY | | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7810-1 | BOA001 | BOARD OF EQUALIZATION | PO BOX 942879 | SACRAMENTO | CA | 942079-8015 | 17.94 | CA TAX |
| BOADSBPY | 00000000000037665 | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7808-5 | CAN004 | CANTER OFFICE EQUIPMENT | PO BOX 9905 | THE WOODLANDS | TX | 77387-6905 | 86.15 | OFFICE SUPPLIES |
| BOADSBPY | | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7816-1 | CHA006 | CHASE CARDMEMBER SERVICE | PO BOX 94014 | PALATINE | IL | 60094-4014 | 2,033.00 | VENDOR |
| BOADSBPY | 00000000000037666 | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7809-1 | CPM001 | CPM HOLDINGS LLC | 9215 SOLON ROAD SUITE D1 | HOUSTON | TX | 77064 | 262.34 | RENT |
| BOADSBPY | | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7814-1 | HAW004 | HAWAII STATE TAX COLLECTOR | P.O. BOX 1425 | HONOLULU | HI | 96806-1425 | 340.31 | HI TAX |
| BOADSBPY | 00000000000037663 | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7808-3 | NGU010 | TAI VAN NGUYEN | 21550 PROVINCIAL BLVD # 1607 | KATY | TX | 77450 | 40.60 | MILEAGE |
| BOADSBPY | | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7819-1 | NOR021 | NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 | RALEIGH | NC | 27640-0700 | 101.14 | NC TAX |
| BOADSBPY | 00000000000037664 | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7808-4 | SKA002 | DENNIS J. SKLAR JR. | 8312 PINECREST DRIVE #563 | SPRING | TX | 77389 | 1,637.50 | ACCOUNTANT |
| BOADSBPY | | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7817-1 | TMO001 | T-MOBILE | PO BOX 660252 | DALLAS | TX | 75266-0252 | 156.57 | UTIILITIES |
| BOADSBPY | | CL | PY | 6/18/2021 | 6/18/2021 | 2021-06 | 7811-1 | VIR006 | VIRGINIA DEPARTMENT OF TAXATION | PO BOX 1115 | RICHMOND | TX | 23216-1115 | 10.00 | VA TAX |
| BOADSBPY | | CL | PY | 6/21/2021 | 6/21/2021 | 2021-06 | 7822-1 | DEL015 | DE LAGE LANDEN FINANCIAL SERVICES INC. | P O BOX 41602 | PHILADELPHIA | PA | 19101-1602 | 267.11 | LEASE FOR PRINTERS |
| BOADSBPY | | CL | PY | 6/21/2021 | 6/21/2021 | 2021-06 | 7823-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 3.19 | UTIILITIES |
| BOADSBPY | | CL | PY | 6/22/2021 | 6/22/2021 | 2021-06 | 7827-1 | GOV003 | GOVERNMENT OF THE DISTRICT OF COLUMBIA | 1104 4TH STREET SW SUITE W270 | WASHINGTON | DC | 20024 | 250.80 | DC TAX |
| BOADSBPY | | CL | PY | 6/23/2021 | 6/23/2021 | 2021-06 | 7829-1 | ATT001 | AT&T | PO BOX 105414 | ATLANTA | GA | 30348-5414 | 428.86 | UTIILITIES |
| BOADSBPY | | CL | PY | 6/23/2021 | 6/23/2021 | 2021-06 | 7828-1 | SMA013 | SMALL BUSINESS ADMINISTRATION | PO BOX 3918 | PORTLAND | OR | 97208-3918 | 731.00 | SBA LOAN |
| BOADSBPY | | CL | PY | 6/23/2021 | 6/23/2021 | 2021-06 | 7830-1 | UNI004 | UHS PREMIUM BILLING | P.O. BOX 94017 | PALATINE | IL | 60094-4017 | 5,796.66 | HEALTH INSURANCE |
| BOADSBPY | | CL | PY | 6/24/2021 | 6/24/2021 | 2021-06 | 7831-1 | AFL001 | AFLAC | 1932 WYNNTON ROAD | COLUMBUS | GA | 31999 | 167.57 | SUPLIMENTAL INSURANCE |
| BOADSBPY | 00000000000037667 | RV | PY | 6/24/2021 | 6/24/2021 | 2021-06 | 7832-1 | TEX005 | TEXAS CHILD SUPPORT SDU | P. O. BOX 659791 | SAN ANTONIO | TX | 78265-9791 | 138.46 | CS FOR TAI |
| BOADSBPY | 00000000000037667 | CL | PY | 6/25/2021 | 6/25/2021 | 2021-06 | 7824-1 | DAV010 | DWYANE J. DAVIS - 1099 | 20703 TRANQUIL SHORES DR. | RICHMOND | TX | 77407 | 2,615.45 | CONTRACT LABOR |
| BOADSBPY | 00000000000037672 | CL | PY | 6/25/2021 | 6/25/2021 | 2021-06 | 7825-1 | DAV010 | DWYANE J. DAVIS - 1099 | 20703 TRANQUIL SHORES DR. | RICHMOND | TX | 77407 | 82.45 | CONTRACT LABOR |
| BOADSBPY | 00000000000037673 | CL | PY | 6/25/2021 | 6/25/2021 | 2021-06 | 7833-1 | DAV010 | DWYANE J. DAVIS - 1099 | 20703 TRANQUIL SHORES DR. | RICHMOND | TX | 77407 | 493.00 | CONTRACT LABOR |
| BOADSBPY | 00000000009560655.9 | CL | PY | 6/25/2021 | 6/25/2021 | 2021-06 | 7826-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 2,493.38 | IRS TAX |
| BOADSBPY | | CL | PY | 7/1/2021 | 7/1/2021 | 2021-07 | 7840-1 | CAP006 | CAPITAL ONE | PO BOX 60599 | CITY OF INDUSTRY | CA | 91716-0599 | 1,000.00 | VENDOR |
| BOADSBPY | | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7855-1 | AUT009 | AUTHORIZE NET | | | | | 30.00 | BANK FEE |
| BOADSBPY | 00000000000037679 | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7839-1 | BEN001 | BENTLEY, BRATCHER & ASSOCIATES, PC | 515 WEST GREENS RD SUITE 710 | HOUSTON | TX | 77067 | 275.00 | CPA |
| BOADSBPY | | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7841-1 | CHA006 | CHASE CARDMEMBER SERVICE | PO BOX 94014 | PALATINE | IL | 60094-4014 | 1,000.00 | VENDOR |
| BOADSBPY | 00000000000037677 | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7836-1 | CPM001 | CPM HOLDINGS LLC | 9215 SOLON ROAD SUITE D1 | HOUSTON | TX | 77064 | 2,699.57 | RENT |
| BOADSBPY | | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7856-1 | FIS009 | FISERV MERCHANT | P.O.BOX 2394 | OMAHA | NE | 68103-2394 | 57.50 | BANK FEE |
| BOADSBPY | | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7850-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 69.05 | FED TAX |
| BOADSBPY | 00000000000037676 | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7835-1 | MAL001 | MALCOLM THOMPSON AND ASSOCIATES, INC. | 20445 STATE HIGHWAY 249 SUITE 400 | HOUSTON | TX | 77077 | 2,160.00 | TPA FOR 401K |
| BOADSBPY | 00000000000037676 | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7835-3 | QUE003 | QUENCH USA, INC | PO BOX 781393 | PHILADELPHIA | PA | 19178-1393 | 270.63 | UTIILITIES |
| BOADSBPY | 00000000000037675 | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7835-2 | SKA002 | DENNIS J. SKLAR JR. | 8312 PINECREST DRIVE #563 | SPRING | TX | 77389 | 500.00 | ACCOUNTANT |
| BOADSBPY | 00000000000037678 | CL | PY | 7/2/2021 | 7/2/2021 | 2021-07 | 7836-2 | TEX011 | TEXAS SECURITY SHREDDING | 5215 1ST STREET | CROSBY | TX | 77532 | 90.00 | SHREDDING |
| BOADSBPY | | CL | PY | 7/6/2021 | 7/6/2021 | 2021-07 | 7843-1 | COM037 | COMCAST - ACCT# 8777 70 317 5468407 | PO BOX 660618 | DALLAS | TX | 75266-0618 | 472.83 | UTIILITIES |
| BOADSBPY | | CL | PY | 7/6/2021 | 7/6/2021 | 2021-07 | 7844-1 | DEL015 | DE LAGE LANDEN FINANCIAL SERVICES INC. | P O BOX 41602 | PHILADELPHIA | PA | 19101-1602 | 267.11 | LEASE FOR PRINTERS |
| BOADSBPY | | CL | PY | 7/6/2021 | 7/6/2021 | 2021-07 | 7846-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 1,445.78 | UTIILITIES |
| BOADSBPY | | CL | PY | 7/6/2021 | 7/6/2021 | 2021-07 | 7847-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 9.52 | UTIILITIES |
| BOADSBPY | | CL | PY | 7/6/2021 | 7/6/2021 | 2021-07 | 7845-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 50.47 | UTIILITIES |
| BOADSBPY | | CL | PY | 7/6/2021 | 7/6/2021 | 2021-07 | 7842-1 | STA003 | STATE COMPTROLLER | 111 E. 17TH STREET | AUSTIN | TX | 78774 | 17,292.66 | TX STATE TAX |

| Debtor | Claim No. | Type | PY | Date | Date | Period | Check | Code | Payee | Address | City | ST | Zip | Amount | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOADSBPY | | CL | PY | 7/6/2021 | 7/6/2021 | 2021-07 | 7845-1 | TMO001 | T-MOBILE | PO BOX 660252 | DALLAS | TX | 75266-0252 | 156.57 | UTILITIES |
| BOADSBPY | | CL | PY | 7/6/2021 | 7/6/2021 | 2021-07 | 7849-1 | TXU001 | TXU ENERGY | P.O. BOX 650638 | DALLAS | TX | 75266-0638 | 888.32 | UTILITIES |
| BOADSBPY | 00000000000037685 | CL | PY | 7/9/2021 | 7/9/2021 | 2021-07 | 7851-1 | BHC001 | BHC OFFICE SOLUTIONS, INC | 4200 LINDBERGH DRIVE | ADDISON | TX | 75001 | 1,399.67 | DALLAS OFFICE CLEANING |
| BOADSBPY | 00000000022100229 | CL | PY | 7/9/2021 | 7/9/2021 | 2021-07 | 7852-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 2,506.88 | IRS TAX |
| BOADSBPY | | CL | PY | 7/9/2021 | 7/9/2021 | 2021-07 | 7853-1 | TEX005 | TEXAS CHILD SUPPORT SDU | P. O. BOX 659791 | SAN ANTONIO | TX | 78265-9791 | 138.46 | CS FOR TAI |
| BOADSBPY | | CL | PY | 7/12/2021 | 7/12/2021 | 2021-07 | 7861-1 | ITF001 | IT FITS SERVICES | PO BOX 343 | ROWLETT | TX | 75030 | 135.31 | CLEANING SERVICE |
| BOADSBPY | | CL | PY | 7/14/2021 | 7/14/2021 | 2021-07 | 7862-1 | STA003 | STATE COMPTROLLER | 111 E. 17TH STREET | AUSTIN | TX | 78774 | 39,468.36 | TX STATE TAX |
| BOADSBPY | | CL | PY | 7/14/2021 | 7/14/2021 | 2021-07 | 7863-1 | STA003 | STATE COMPTROLLER | 111 E. 17TH STREET | AUSTIN | TX | 78774 | 20,515.65 | TX STATE TAX |
| BOADSBPY | | CL | PY | 7/14/2021 | 7/14/2021 | 2021-07 | 7864-1 | STA003 | STATE COMPTROLLER | 111 E. 17TH STREET | AUSTIN | TX | 78774 | 24,663.27 | TX STATE TAX |
| BOADSBPY | | CL | PY | 7/15/2021 | 7/15/2021 | 2021-07 | 7865-1 | BOA001 | BOARD OF EQUALIZATION | P.O. BOX 942879 | SACRAMENTO | CA | 942079-8015 | 41,055.06 | CA TAX |
| BOADSBPY | 00000000003483329 | CL | PY | 7/15/2021 | 7/15/2021 | 2021-07 | 7869-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 4,124.41 | IRS TAX |
| BOADSBPY | 00000000000037691 | CL | PY | 7/16/2021 | 7/16/2021 | 2021-07 | 7858-2 | BEN001 | BENTLEY, BRATCHER & ASSOCIATES, PC | 515 WEST GREENS RD SUITE 710 | HOUSTON | TX | 77067 | 10,315.00 | CPA |
| BOADSBPY | | CL | PY | 7/16/2021 | 7/16/2021 | 2021-07 | 7867-1 | HAW004 | HAWAII STATE TAX COLLECTOR | P.O. BOX 1425 | HONOLULU | HI | 96806-1425 | 444.38 | HI TAX |
| BOADSBPY | 00000000000037692 | CL | PY | 7/16/2021 | 7/16/2021 | 2021-07 | 7858-3 | JOH001 | J.W. (DON) JOHNSON, P.C. LAWYERS | 9225 KATY FRY, SUITE 250 | HOUSTON | TX | 77024-1564 | 5,775.00 | LEGAL |
| BOADSBPY | | CL | PY | 7/16/2021 | 7/16/2021 | 2021-07 | 7866-1 | NOR021 | NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 | RALEIGH | NC | 27640-0700 | 278.13 | NC TAX |
| BOADSBPY | 00000000000037690 | CL | PY | 7/16/2021 | 7/16/2021 | 2021-07 | 7858-1 | SKA002 | DENNIS J. SKLAR JR. | 8312 PINECREST DRIVE #563 | SPRING | TX | 77389 | 1,425.00 | ACCOUNTANT |
| BOADSBPY | 00000000000037693 | CL | PY | 7/16/2021 | 7/16/2021 | 2021-07 | 7858-4 | TUR008 | TURNING POINT LAW, INC. | 911 LAKEVILLE STREET #321 | PETALUMA | CA | 94952 | 8,150.00 | LEGAL |
| BOADSBPY | | CL | PY | 7/19/2021 | 7/19/2021 | 2021-07 | 7870-1 | COM037 | COMCAST - ACCT# 8777 70 317 5468407 | PO BOX 660618 | DALLAS | TX | 75266-0618 | 472.83 | UTIILITIES |
| BOADSBPY | | CL | PY | 7/21/2021 | 7/21/2021 | 2021-07 | 7871-1 | NIH002 | NIH  NITAAC | 6011 EXECUTIVE BOULEVARD SUITE 501 | ROCKVILLE | MD | 20852 | 50.11 | CIO FEES |
| BOADSBPY | | CL | PY | 7/21/2021 | 7/21/2021 | 2021-07 | 7872-1 | TEX003 | TEXAS WORKFORCE COMMISSION | 12455 BEECHNUT | HOUSTON | TX | 77072 | 414.29 | TWC EMPLOYER TAX |
| BOADSBPY | 00000000000037702 | CL | PY | 7/23/2021 | 7/23/2021 | 2021-07 | 7874-1 | EMP007 | EMPOWER RETIREMENT | 100 BRIGHT MEADOW BLVD | ENFIELD | CT | 6082 | 620.22 | 401K RETIREMENT FEE |
| BOADSBPY | 00000000000037701 | CL | PY | 7/23/2021 | 7/23/2021 | 2021-07 | 7873-3 | ING002 | INGRAM MICRO | P. O. BOX 90341 | CHICAGO | IL | 60696 | 2,364.53 | VENDOR |
| BOADSBPY | 00000000020902134 | CL | PY | 7/23/2021 | 7/23/2021 | 2021-07 | 7875-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 2,490.90 | IRS TAX |
| BOADSBPY | 00000000000037699 | CL | PY | 7/23/2021 | 7/23/2021 | 2021-07 | 7873-1 | LAF002 | PETER LAFEMINA - 1099 | 4255 FIELD MEADOW | KATY | TX | 77449 | 255.00 | CONTRACT LABOR |
| BOADSBPY | 00000000000037700 | CL | PY | 7/23/2021 | 7/23/2021 | 2021-07 | 7873-2 | SKA002 | DENNIS J. SKLAR JR. | 8312 PINECREST DRIVE #563 | SPRING | TX | 77389 | 950.00 | ACCOUNTANT |
| BOADSBPY | | CL | PY | 7/26/2021 | 7/26/2021 | 2021-07 | 7877-1 | TEX005 | TEXAS CHILD SUPPORT SDU | P. O. BOX 659791 | SAN ANTONIO | TX | 78265-9791 | 138.46 | CS FOR TAI |
| BOADSBPY | | CL | PY | 7/26/2021 | 7/26/2021 | 2021-07 | 7876-1 | WRI005 | JULIE M. WRIGHT | 4810 BLUE CASPIAN CT. | KATY | TX | 77494 | 62.75 | POSTAGE |
| BOADSBPY | | CL | PY | 7/27/2021 | 7/27/2021 | 2021-07 | 7878-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 42.60 | UTIILITIES |
| BOADSBPY | | CL | PY | 7/27/2021 | 7/27/2021 | 2021-07 | 7879-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 1,737.66 | UTIILITIES |
| BOADSBPY | | CL | PY | 7/27/2021 | 7/27/2021 | 2021-07 | 7880-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 8.96 | UTIILITIES |
| BOADSBPY | | CL | PY | 7/28/2021 | 7/28/2021 | 2021-07 | 7881-1 | COM037 | COMCAST - ACCT# 8777 70 317 5468407 | PO BOX 660618 | DALLAS | TX | 75266-0618 | 462.78 | UTIILITIES |
| BOADSBPY | | CL | PY | 7/30/2021 | 7/30/2021 | 2021-07 | 7882-1 | UNI004 | UHS PREMIUM BILLING | P.O. BOX 94017 | PALATINE | IL | 60094-4017 | 6,790.02 | HEALTH INSURANCE |
| BOADSBPY | | OS | PY | 8/2/2021 | 8/2/2021 | 2021-08 | 7890-1 | FIS009 | FISERV MERCHANT | P.O BOX 2394 | OMAHA | NE | 68103-2394 | 56.25 | BANK FEE |
| BOADSBPY | | OS | PY | 8/3/2021 | 8/3/2021 | 2021-08 | 7914-1 | AUT009 | AUTHORIZE.NET | | | | | 30.00 | BANK FEE |
| BOADSBPY | | OS | PY | 8/4/2021 | 8/4/2021 | 2021-08 | 7885-1 | AME001 | AMERICAN EXPRESS | P.O. BOX 650448 | DALLAS | TX | 75265 | 134.19 | VENDOR |
| BOADSBPY | | OS | PY | 8/5/2021 | 8/5/2021 | 2021-08 | 7886-1 | SMA013 | SMALL BUSINESS ADMINISTRATION | PO BOX 3918 | PORTLAND | OR | 97208-3918 | 731.00 | SBA LOAN |
| BOADSBPY | 00000000000037711 | OS | PY | 8/6/2021 | 8/6/2021 | 2021-08 | 7884-1 | DAV010 | DWYANE J. DAVIS - 1099 | 20703 TRANQUIL SHORES DR. | RICHMOND | TX | 77407 | 892.50 | CONTRACT LABOR |
| BOADSBPY | 00000000004421627 | OS | PY | 8/6/2021 | 8/6/2021 | 2021-08 | 7887-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 6,734.25 | IRS TAX |
| BOADSBPY | 00000000000037703 | OS | PY | 8/6/2021 | 8/6/2021 | 2021-08 | 7883-1 | SKA002 | DENNIS J. SKLAR JR. | 8312 PINECREST DRIVE #563 | SPRING | TX | 77389 | 1,450.00 | ACCOUNTANT |
| BOADSBPY | | OS | PY | 8/6/2021 | 8/6/2021 | 2021-08 | 7883-2 | TEX005 | TEXAS CHILD SUPPORT SDU | P. O. BOX 659791 | SAN ANTONIO | TX | 78265-9791 | 138.46 | CS FOR TAI |
| BOADSBPY | | OS | PY | 8/12/2021 | 8/12/2021 | 2021-08 | 7893-1 | AME006 | AMERICAN EXPRESS | P.O. BOX 650475 | DALLAS | TX | 75265 | 2,295.57 | VENDOR |
| BOADSBPY | | OS | PY | 8/12/2021 | 8/12/2021 | 2021-08 | 7892-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 48.31 | UTILITIES |
| BOADSBPY | 00000000000037712 | OS | PY | 8/12/2021 | 8/12/2021 | 2021-08 | 7888-1 | SKA002 | DENNIS J. SKLAR JR. | 8312 PINECREST DRIVE #563 | SPRING | TX | 77389 | 800.00 | ACCOUNTANT |
| BOADSBPY | 00000000000037721 | OS | PY | 8/17/2021 | 8/17/2021 | 2021-08 | 7894-1 | BAR020 | BARRON & NEWBURGER, PC | 7320 N. MOPAC EXPY., SUITE 400 | AUSTIN | TX | 78731 | 5,000.00 | LEGAL |
| BOADSBPY | 00000000000037722 | OS | PY | 8/17/2021 | 8/17/2021 | 2021-08 | 7895-1 | VAU001 | JOE VAUGHT | 3204 BAMMEL LANE | HOUSTON | TX | 77098 | 23,404.05 | AUGUST RENT |
| BOADSBPY | 00000000000037723 | OS | PY | 8/18/2021 | 8/18/2021 | 2021-08 | 7900-1 | SKA002 | DENNIS J. SKLAR JR. | 8312 PINECREST DRIVE #563 | SPRING | TX | 77389 | 1,000.00 | ACCOUNTANT |
| BOADSBPY | 00000000006446601 | OS | PY | 8/20/2021 | 8/20/2021 | 2021-08 | 7907-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 6,466.01 | IRS TAX |
| BOADSBPY | 00000000000037720 | OS | PY | 8/23/2021 | 8/23/2021 | 2021-08 | 7896-1 | STA003 | TEXAS COMPTROLLER | 111 E. 17TH STREET | AUSTIN | TX | 78774 | 105.00 | TEXAS TAX |
| BOADSBPY | | OS | PY | 8/24/2021 | 8/24/2021 | 2021-08 | 7903-1 | HAW004 | HAWAII STATE TAX COLLECTOR | P.O. BOX 1425 | HONOLULU | HI | 96806-1425 | 425.71 | HI TAX |
| BOADSBPY | | OS | PY | 8/24/2021 | 8/24/2021 | 2021-08 | 7902-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 10.15 | UTILITIES |
| BOADSBPY | | OS | PY | 8/24/2021 | 8/24/2021 | 2021-08 | 7901-1 | REL001 | RELIANT ENERGY | P.O. BOX 650475 | DALLAS | TX | 75265-0475 | 1,543.79 | UTILITIES |
| BOADSBPY | | OS | PY | 8/25/2021 | 8/25/2021 | 2021-08 | 7904-1 | GOV003 | GOVERNMENT OF THE DISTRICT OF COLUMBIA | 1104 4TH STREET SW SUITE W270 | WASHINGTON | DC | 20024 | 432.90 | DC TAX |
| BOADSBPY | | OS | PY | 8/25/2021 | 8/25/2021 | 2021-08 | 7905-1 | SMA013 | SMALL BUSINESS ADMINISTRATION | PO BOX 3918 | PORTLAND | OR | 97208-3918 | 731.00 | SBA LOAN |
| BOADSBPY | 00000000000037724 | OS | PY | 8/26/2021 | 8/26/2021 | 2021-08 | 7906-1 | ADV003 | ADVANCE APPLICATIONS, INC | 4615 SOUTHWEST FREEWAY SUITE 600 | HOUSTON | TX | 77027 | 1,338.24 | SAGE CONSULTING |
| BOADSBPY | 00000000000037725 | OS | PY | 8/26/2021 | 8/26/2021 | 2021-08 | 7906-2 | GON001 | AURORA GONZALEZ | 12415 GROSSMOUNT DR | HOUSTON | TX | 77066 | 180.00 | MAINTENANCE |
| BOADSBPY | 00000000000037726 | OS | PY | 8/26/2021 | 8/26/2021 | 2021-08 | 7906-3 | SKA002 | DENNIS J. SKLAR JR. | 8312 PINECREST DRIVE #563 | SPRING | TX | 77389 | 350.00 | ACCOUNTANT |
| BOADSBPY | | OS | PY | 8/27/2021 | 8/27/2021 | 2021-08 | 7908-1 | BOA001 | BOARD OF EQUALIZATION | P.O. BOX 942879 | SACRAMENTO | CA | 942079-8015 | 1,477.91 | CA TAX |
| BOADSBPY | | OS | PY | 8/27/2021 | 8/27/2021 | 2021-08 | 7913-1 | UNI002 | UNITED PARCEL SERVICE | P. O. BOX 7247-0244 | PHILADELPHIA | PA | 19170-0001 | 144.78 | POSTAGE |
| BOADSBPY | | OS | PY | 8/30/2021 | 8/30/2021 | 2021-08 | 7911-1 | HAW004 | HAWAII STATE TAX COLLECTOR | P.O. BOX 1425 | HONOLULU | HI | 96806-1425 | 1,327.88 | HI TAX |
| BOADSBPY | | OS | PY | 8/30/2021 | 8/30/2021 | 2021-08 | 7912-1 | COM037 | COMCAST - ACCT# 8777 70 317 5468407 | PO BOX 660618 | DALLAS | TX | 75266-0618 | 462.78 | UTIILITIES |
| BOADSBPY | | OS | PY | 9/2/2021 | 9/2/2021 | 2021-09 | 7915-1 | AUT009 | AUTHORIZE.NET | | | | | 30.00 | BANK FEE |
| BOADSBPY | | OS | PY | 9/2/2021 | 9/2/2021 | 2021-09 | 7916-1 | FIS009 | FISERV MERCHANT | P.O BOX 2394 | OMAHA | NE | 68103-2394 | 56.25 | BANK FEE |
| BOADSBPY | 00000000000037738 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7910-1 | CPL | CENTRAL PACIFIC LOGISTICS, LLC - 1099 | PO BOX 25007 | HONOLULU | TX | 75008007 | 5,742.09 | COMMISSION |
| BOADSBPY | 00000000000037739 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7910-2 | PBJ001 | PB & J - 1099 | 8361 E. GELDING DRIVE | SCOTTSDALE | AZ | 85260 | 17,539.67 | COMMISSION |
| BOADSBPY | 00000000000037740 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7910-3 | JAC003 | EDWARD A. JACOBSEN - 1099 | 3101 SAGE RD. APT 22 | HOUSTON | TX | 77056 | 885.14 | COMMISSION |
| BOADSBPY | 00000000000037741 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7910-4 | ROD002 | MDR CONSULTING, INC | 211 SAVANNAH DR | GETTYSBURG | TX | 17325 | 3,709.29 | COMMISSION |
| BOADSBPY | 00000000000037742 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7910-5 | HNR | HOLLY ROCKETT - COMM EXPENSES | 2319 STATLER DRIVE | CARROLLTON | TX | 75007 | 186.41 | COMMISSION |
| BOADSBPY | 00000000000037743 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7910-6 | PP | PHUC VAN PHAM - COMM EXPENSES | 583 TRIANON ST. | HOUSTON | TX | 77024 | 103.12 | COMMISSION |
| BOADSBPY | 00000000000037744 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7910-7 | TP | TIEN PHAM - COMM EXPENSES | 10333 CLAY ROAD APT 1023 | HOUSTON | TX | 77041 | 132.28 | COMMISSION |
| BOADSBPY | 00000000000037745 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7917-1 | BEN001 | BENTLEY, BRATCHER & ASSOCIATES, PC | 515 WEST GREENS RD SUITE 710 | HOUSTON | TX | 77067 | 9,650.00 | CPA |
| BOADSBPY | 00000000000037746 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7917-2 | LAF002 | PETER LAFEMINA - 1099 | 4255 FIELD MEADOW | KATY | TX | 77449 | 2,990.00 | CONTRACT LABOR |
| BOADSBPY | 00000000000037747 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7917-3 | SKA002 | DENNIS J. SKLAR JR. | 8312 PINECREST DRIVE #563 | SPRING | TX | 77389 | 17,395.00 | ACCOUNTANT |
| BOADSBPY | 00000000000037748 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7917-4 | TEX011 | TEXAS SECURITY SHREDDING | 5215 1ST STREET | CROSBY | TX | 77532 | 455.00 | SHREDDING |
| BOADSBPY | 00000000000037749 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7917-5 | WRI005 | JULIE M. WRIGHT | 4810 BLUE CASPIAN CT. | KATY | TX | 77494 | 149.33 | POSTAGE |
| BOADSBPY | 00000000023892039 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7909-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 6,466.01 | IRS TAX |

| BOADSBPY | 00000000001130564 | OS | PY | 9/3/2021 | 9/3/2021 | 2021-09 | 7918-1 | INT001 | INTERNAL REVENUE SERVICE | P.O. BOX 1300 | CHARLOTTE | NC | 28201-1300 | 3,382.75 | IRS TAX |

*PY: Payment      PI: Prepayment*

*OS: Outstanding   CL: Cleared      RV: Reversed*

**140 payments printed**

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **PCPC Direct, Ltd**                                    Case No.  _____

                                                              Chapter    **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................Fixed Fee:    **$8,500.00**

Prior to the filing of this statement I have received.......................................................   **$8,500.00**

Balance Due...............................................................................................................   **$0.00**

2. The source of the compensation paid to me was:
   ☒ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor            ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2">CERTIFICATION<br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td><u>**09/07/2021**</u><br>*Date*</td><td>**/s/ Stephen W. Sather**<br>*Stephen W. Sather*     Bar No.  17657520<br>Barron & Newburger, P.C.<br>7320 N. MoPac Expwy., Suite 400<br>Austin, TX 78731<br>Phone: (512) 476-9103 / Fax: (512) 279-0310</td></tr>
</table>

**/s/ Joseph R. Vaught**
*Joseph R. Vaught*
*Executive Vice President/COO*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **PCPC Direct, Ltd**                                                    CASE NO

                                                                                 CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _9/7/2021_____        Signature   **/s/ Joseph R. Vaught**_____
                                                      ***Joseph R. Vaught***
                                                      ***Executive Vice President/COO***

Date _____        Signature   _____

A Rifkin Co
1400 Sans Souci Parkway
Wilkes-Barre PA 18703


A&A Fabrication & Polishing
12031 Philadelphia Street
Whittier CA 90601


Ace It, Inc
1880 W. Oak Parkway, Suite 108
Marietta GA 30062


Acucal Incorporated
11090 Industrial Rd
Manassas VA 20109


Advanced Power & Controls, LLC
898 N. 2225 West Circle
Cedar City UT 84721


Algosec
65 Challenger Rd, Ste 310
Ridgefield Park NJ 07660


Aligned Vision
27 Industrial Ave
Chelmsford MA 01824


Ariba, Inc.
807 11th Avenue
Sunnyvale, CA 94089


Arrow Enterprise Computing Solutions, In
9201 E. Dry Creek Road
Centennial, CO 80112

```
AT&T
PO Box 5001
Carol Stream IL 60197-5001


AT&T
PO Box 105414
Atlanta GA 30348-5414


AT&T
PO Box 5019
Carol Stream IL 60197-5019


AT&T
PO Box 5017
Carol Stream IL 60197-5017


AVT Technology Solutions
8700 S. Price Road
Tempe AZ 85284


Boeing Distribution
3760 W. 108th Street
Miami FL 33018


Budget Truck Rental
4500 S. 129th East Ave
Tulsa OK 74169-0360


Capital One
1680 Capital One Drive
McLean VA 22102-3491


Champion Property Management
9215 Solon Road
Houston, TX 77064
```

Chase Card Services
PO Box 15298
Wilmington DE 19850-5298


Cogent Communications Inc
2450 N. Street, NW
Washington, DC 20037


Connectwise, Inc.
4110 George Road, Ste 200
Tampa FL 33634


Cornelia Vaught
3204 Brammel Lane
Houston, TX 77098


Cray, Inc.
901 5th Ave, Ste 1000
Seattle WA 98164


Cyrusone
2850 N. Harwood St, Ste 2200
Dallas TX 75201


De Lage Landen Financial Services, Inc
1111 Old Eagle School Rd
Wayne PA 19087-1453


Diamond USA, Inc
85 Rangeway Rd, Bldg #3
North Billerica MA 01862


DLL
1212 Corporate Drive, Suite 340
Irving, Texas 75038

DLT Solutions, LLC
2411 Dulles Corner Park, Ste 800
Herndon VA 20171


Electro Enterprises
3601 N. I-35 Service Rd
Oklahoma City OK 73111


Essex, Ind
7700 Gravios Road
St. Louis MO 63123-4728


Fairbanks Scales, Inc
6800 W. 64th Street
Overland Park KS 64106


Fuji America Corporation
171 Corporate Woods Pkwy
Vernon Hills IL 60061


General Dynamics Mission Systems
12450 Fair Lakes Circle
Fairfax VA 22033


GNB Industrial Power
3700 Mansell Rd, Ste 400
Alpharetta GA 30022


Hello Direct, Inc
400 Imperial Blvd
Cape Canaveral FL 32920


High-Tech Conversions, Inc
1699 King Street
Enfield CT 06082

Holzworth Instrumentation, Inc
2540 Frontier Ave, Ste 200
Boulder CO 80301


Ingram Micro, Inc.
1759 Wehrle Drive
Williamsville, NY 14221


Insight Global
1224 Hammond Drive, Ste 1500
Atlanta GA 30346


Intercax, LLC
47 Perimeter Center East, Ste 410
Atlanta GA 30346


Interwork Technologies
2721 Transit Rd, Ste 109
Elma NY 14059


James Bryan Joiner
16118 Saint Helier St
Houston TX 77040


Joe & Cornelia Vaught
3204 Bammel Lane
Houston, TX 77098


JP Donovan Precision Machining, LLC
201 Paint Street
Rockledge FL 32955


KNOWBE4, Inc
33 N. Garden Ave, Ste 1200
Clearwater FL 33755

KVM Switches Online, LLC
2655 Crescent Dr, Ste B
Lafayette CO 80026


LD Systems
407 Garden Oaks Blvd
Houston TX 77018


LeGrand US
60 Woodlawn St
West Hartford CT 06110


Marki Microwave
215 Vineyard Court
Morgan Hill CA 95037


Martin Container, Inc
1402 E. Lomita Blvd
Wimington CA 90744


McGinty Machine
222 N. Hydraulic St
Wichita KS 67214


Minnkota Secured Document Destruction
809 4th Avenue North
Fargo ND 58102


NuWaves Engineering
132 Edison Drive
Midddletown OH 45044-3269


NW Medicine Chicago Proton Center
4455 Weaver Parkway
Warrenville IL 60555

PAC Machinery
25 Tiburon St
San Rafael CA 94901

PB&J Partners, LLC dba PCPC Direct
8361 E. Gelding Drive
Scottsdale AZ 85260

Prime Pest Management
3330 Keller Springs Rd, Ste 230
Carrollton TX 75006

PS Lightwave, Inc
5959 Corporate Dr, Ste 3300
Houston TX 77036

Pure Oasis
19425 Soledad Canyon Rd, Ste 205
Canyon Country CA 91351

Quantum Corporation
224 Airport Parkway, Ste 550
San Jose CA 95110

ScanSource
6 Logue Court
Greenville SC 29615

Schneider Electric Limited
Stafford Park 5
Telford, Shropshire
UK TF3 3BL

Server Supply, Inc
750 Shames Drive
Westbury NY 11590

```
ServerLift Corp
17453 N. 25th Ave
Phoenix AZ 85023



Service Express
3854 Broadmore Ave SE
Grand Rapids MI 49512



Sigma Aldrich
PO Box 14508
St Louis MO 68178



Snap-On Inc.
2801 80th Street
Kenosha WI 53143



Super Micro Computer, Inc
c/o Thomas A. Burg
830 Menlo Avenue, Ste 201
Menlo Park, CA 94025



Synnex Corporation
3797 Spinnaker Court
Fremont, CA 94538



Testek Solutions
28320 Lakeview Dr
Wixom MI 48393



Testequity, LLC
6100 Condor Drive
Moorpark CA 93021



Traveler's Insurance
131 Interpark Blvd
San Antonio TX 78216
```

Tron Air
1 Air Cargo Pkwy E
Swanton OH 43558


TRS-Rentelco
1830 W. Airfield Dr
PO Box 619260
DFW Airport TX 75261-9260


TX Comptroller of Public Accounts
PO Box 13528
Austin TX 78711-3528


TXU Energy
6555 Sierra Drive
Irving TX 75039


United Rentals
100 First Stamford Place, Ste 700
Stamford CT 06902


UPS
55 Glenlake Pkwy
Atlanta, GA 30328


US Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Vadatech Inc
198 N. Gibson Road
Henderson NV 89014


Vehicle Tracking Solutions
152 Veterans Memorial Hwy
Commack NY 11725

```
X-ISS
9800 Northwest Freeway, Ste 205
Houston TX 77092


Yusen Logistics (Americas), Inc
300 Lighting Way, 6th FL
Secaucus NJ 07094
```